IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**AMANDA GIBSON**                                                                                    **PLAINTIFF**

**V.**                                          **CASE NO. 5:20-CV-5202**

**KILOLO KIJAKAZI,**[1] **Acting Commissioner**
**Security Administration**                                                                    **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 17) filed in this case on August 20, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 17) is **ADOPTED IN ITS ENTIRETY**.  The matter is **REVERSED AND REMANDED** for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 7th day of September, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

---

[1] Kilolo Kijakazi became Acting Commissioner of the Social Security Administration on July 9, 2021.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).